IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-02297-BNB

DARRELL FORTNER,
JENNIFER FORTNER,
YEVETTE FORTNER,
MATTHEW NICCOLI,
WILLYY R. SCOTT,
JEFFERY SCOTT,
RAY ROZAK II,
LINDA ROZAK,
JUDITH A. SCOTT,
JAMES SCOTT,
ERIC SCOTT,
DIANE APODACA,
LESLIE E. APODACA,
ANTHONY DAVID,
LAUREN DAVID,
KENT OSBORNE,
MARIE TURNER,
JACE TURNER,
SUE FLETCHER,
PATRICIA MAIN,
CHRISTOPHER MAIN,
JOHN SCHRAEDEL,
JENNIFER SCHRAEDEL,
ANNA SKINNER,
JOHN BRADSHAW,
JEFFREY YONKEY,
JANICE H. WOODARD,
ANDREA G. ROBERSON,
LISA BRANT,
ROGER L. CHRISTIANSEN,
CLAUDIA F. CHRISTIANSEN,
LISA AKERLUND,
KENT G. ROBERSON,
EDWIN E. BUSBY,
LINDA L. BUSBY,
TRACY WHITING,
FLOYD NEISWANGER,
JILL JONES-BIRD,
JEAN N. KEENAN,
GALE WESTMORELAND,

SHARON BOWEN,
PAUL HUNTSMAN,
CHARMAINE VIALPANDO,
DEBBIE HUTCHINSON,
VICKY CONTRERAS,
ZACHARY MUNDAHL,
SUSAN BARNHILL,
BETTY FITZPATRICK,
DALE GARDNER,
IVY SEIGEL,
LEE SEIGEL,
BARBARA HOFFMANN,
DICK HOFFMANN,
MICHAEL TURNER,
ANN M. GAFFNEY,
GEOFF PACKETT,
LEE ANN NILLES,
KEVIN LARSON, and
DOES, One Through Five Hundred, Plaintiffs, in Pro se

Plaintiffs,

v.

STATE OF COLORADO,
COUNTY OF EL PASO, COLORADO,
BLACK FOREST FIRE BOARD, and
DOES, One Through One Hundred,

Defendants.

_____

**ORDER**
_____

This matter arises on the Complaint and the Verified Complaint [Doc. #1] filed by the plaintiffs on August 19, 2014. The plaintiffs are all proceeding *pro se* (without representation by an attorney). Rule 20 of the Federal Rules of Civil Procedure permits multiple plaintiffs to join together under certain circumstances. However, the court may refuse joinder in the interests of avoiding prejudice and delay, ensuring judicial economy, or safeguarding the principles of

fundamental fairness.  Fed.R.Civ.P. 21; Gentry v. Lawton Correctional Facility, No. CIV-14-310-W, 2014 WL 2712305 (W.D.Okla. May 13, 2014) (citing 7 Charles Alan Wright, Arthur R. Miller, & Mary Kay Kane, Federal Practice & Procedure § 1682 (3d ed. 2001); 4 J. Moore, Moore's Federal Practice, § 21.02 (3d ed. 2013)); Chambers v. Robers, No. 13-3195-SAC, 2013 WL 6670521 (D.Kan. Dec. 18, 2013).  A status conference is necessary to discuss whether joinder is appropriate in this case.  Accordingly,

   IT IS ORDERED:

   (1)  A Status Conference is set for Monday, **September 22, 2014**, at 1:00 p.m., in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  All persons seeking entry into the Alfred A. Arraj United States Courthouse must show a valid photo identification.

   (2Each *pro se* plaintiff must appear at the status conference in person.  Failure to appear in person may result in the imposition of sanctions.

   (3)  All counsel of record must appear in person.

   (4)  No telephonic appearances will be permitted.

   Dated August 26, 2014.

                                BY THE COURT:

                                 s/ Boyd N. Boland
                                United States Magistrate Judge